U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED MAY 07 2002
CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Ron Thompson

111262#
Inmate (DOC) number

CV 02-446-C-M3

(Enter above the full name of each plaintiff in this action.)

VERSUS

Sgt. Jerry Vessell Jr.
Col. Spencer.
Captain Franklin..
Captain Eddie Veals.

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form an done copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A DOC PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

| INITIALS | DOCKET# |
| --- | --- |
| KK | 1 |

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

JS

(1.)

<u>the same</u>.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 120.00. In addition, the United States Marshall will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, P.O. Box 2630, Baton Rouge, La. 70821.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( ✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiff(s): NONE!

Defendant(s): ______

2. Court (if federal court, name the district; if state court, name the parish): NONE!

3. Docket number: NONE!

4. Name of judge to whom case was assigned: ______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

6. Date of filing lawsuit: ______________________________

7. Date of disposition: ______________________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

Yes ( ) No ( ✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

______________________________

II. Place of present confinement: Camp C- Tiger 3 & 4 Side.

A. Is there a prisoner grievance procedure in this institution?

Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. ReFuses To Answer. Then Was ForcED To go ThirD sTep A.R.P. Sensitive issue - To BATon Rouge Head quarters, was Denied,

2. What steps did you take? Filed Administrative Remedy, and Appeal. and Wrote letters of Complaint, Institution is Hopeing I get Time Barrow'ed.

3. What was the result? Institution of Angola Want Answer them. Was ForcED To go To head quarters in BATon Rouge - LISTEd AS ThirD STep Sensitive issue - Due To Threats on my Life. Because I reFuse To drop A.R.P.s

D. If your answer is No, explain why not: ______________________________

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Ron Kirk Thompson - 111262#
Address Camp C - Tiger 3/4 Side. Louisiana, STATE, Prison. Angola 70712

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Mr. Jerry Vessell Jr. is employed as, SgT. AT Camp J. Now For his Negligence. at Louisiana, STATE, Prison OF Angola.

C. Additional Defendants: Col. Spencer OF Main Prison.
CapT. Franklin of main Prison Night shiFT,
And Captain Eddie Veals main Prison Day shiFT.
Louisiana, STATE, Prison Angola, 70712

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes**. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Claime (1.) ON SgT. Jerry Vessell For Negligence. On About June the 14TH 2001, IN thE latE hours OF The NighT 2:26 A.M. I Ron Kirk Thompson was ATTacked, And beaten in my sleep By 3, inmAtes, Cedrick dent 349999#, Rodney TAylor. 361396# DArrow bAker, 343752# I was struck several Times by cedrick dent in the head, and Facual area. In which I suffered Numerous of injury. Right eye damage, RighT cheeck Bone Broken, CuTs, ETC. SgT. Jerry Vessell Jr. Was Asigned To work The dorm thAT NighT, SgT. Vessell Never ACTivATed his beeper!

"Nor did he even ATTempT To stop them! I was beaten With a loaded pillow Case Containing Two Tuna Fish Cans. upon being rushed To Angola's emergency Room. Col. Spencer, and Captain Franklin Came To see me to Find out What happen.

V. Relief STATEMENT OF Claims ConTinues on AddiTional page 6:7

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. WouID like To bE Compensated 1-millionDollars For DAMAgesdonE To mE! And A AttorNey Apointed To represent me iN my behalF? As For thE oFFicErs, Threats, TAKEing legal Work, Family letters, Negligence, and FAlsiFying Documents-Which is A Federal OFFense WhAT ever the Judge decide, Would be satisfactory!...

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 9 day of April, 2002.

Ron Kirk Thompson-111262#

Signature of plaintiff(s)

"STATement OF Claims Continues - page 6.

Along With assistant Warden Jamie Fielder.
Then They began questioning me. AFter I had Explained To them,
How Sgt. Jerry Vessell Jr. Did not Activate his Beeper
on his side, and that he Never even ATTempted To sTop them
Even AFTer hearing me Scream For Help!..
Warden FielDer began shakeing his head, and Walked out
OF the emergency Room.

"Claime Two → on Col. spencer.

Col. spencer then turned To Captain Franklin, and asked
him, Do he have a copy OF OFFicer Vessell report?
Captain Franklin stated (yes!) and pulled the report From
out OF his top shirt pocket. And began reading it to his
superior Col. Spencer.
Col. spencer then shouted (OH No!..) Go tell your OFFicer
he has To change his report. "He's admitting Negligence"
Captain Franklin then said OK.
While Waiting on Dr. Pete HelFer arrival, (3.) photo's was Taken
OF my Head And FAce Area. When Dr. HelFer Finally arrives
To Examine me. He STATed there was nothing he could do
For No Eye, and head injuries. Ron has to be sent to charity
in New orleans. Where intensive Work Was done To SAve my
right eye, as well as being prescribed A Variety OF eye medici
AFter returning to Angola. I Was taken to D.B. Court,
And (1.) Found guilty OF Aggravated FighTing Rule 11#
When I Was suppose To have been Found not quilTy. And return
to quarters, And (2.) Sentence To A Work CEll block.
Because the report is clear, an precise - Ron Thompson ran To
The door Calling For Help. question? What Was I Found guilty
For?..

→ "Claime three → on Captain Eddie Veals.

Now Captain Veals has been a signed To Camp J. For quite some Tim
When Sgt. Jerry Vessell Committed his Negligence he was Then
trans Ferred To Work B-Block. He Cant sleep on the Job
any more, He has to punch A Time clock, as well as signe A
Card every 30, minutes. He then was trans Ferred To Camp J.
Night shiFT Were eddie Veals Was At the Time.

State OF Claims page 7.

Some how or another they Convers About me while I'm in A-Block main Prison. Then Captain Veals gets transfered To where I'm AT. He then drop's by For one OF his threats, and request For those reports. And to drop A.R.P.'s I refuse To give them To him. He then slapped me in the month, And stated I'll end up behind The LEVEE DEAD!.. Then he Takes my Legal work, Family letters, From me. Hoping he some how manageing To get my Proof From me. He didn't because I let some one Trust worth hold them For me. After realizing he didn't get what he was looking For. He then Calls me in the booth on the walk way AT walnut & Hickory units. Threaten's me and bega twisting my Fingers. When I asked him to stop!
→ He stated To me Beg For Mercy!!! Call me Mister!
I Feel on my Knees and did as he said Sir!
He lean'ed over in my ear, and stated as well.
"Don't put no Body in our Business.
Or he was going To Kill me, and nothing would be done About it!!! (And I better drop my A.R.P.'s)
He even had a inmate To Try an Jump on me.
He has done lied on me, As well as Fabricated reports.
He Told LT. Williams → He didn't want me no where in the main Prison, And hooked me up. Thats why I'm back in these Cages. When I tried To talk To LT. Williams.
He said → (hey man!) I cant go over my Superviser.
I Know whats happen. Just be cool, and Take him To Court! so hear I am asking For your Help!
legal Programs refuses To Address my A.R.P. So the situatio has gotten out of hand. "I then Filed my A.R.P. To BAton Roug listed as Sensitive Issue." They denied me!
Security Constantly Harasses me looking For my Evidence
Would like For an Attorney appointed To me?..
Know nothing about Law. And this matter resolve as soon as possible. BeFor I'm Killed or someThing?..

Thankyou Forever Sincerly
Ron Thompson - 111263#

From: Ron K. Thompson 112[illegible] # 4-25-02
Main Prison C-B-D 4R/14 #
Louisiana. State. Prison
Angola. La. 70712

RE: Requesting Writ To be-Filed?..

Office Of the Clerk:
United States District Court
Middle district Of Louisiana
Baton Rouge. La. 70821

Dearest Clerk of Courts!

Forgive me for the interruption?
However. the matter is of great importance!
Allow me to Explain? As of this moment my-Life is in Danger. Certain imployers of Angola has Comitted Negligence. As well as Jumped on me. They are trying to get me to drop my A.R.P's and the Copies of the reports that was falsified. Was told by inmate Counsels. And family members to go forth into your Honorable Court!
With all due respect. "Will you Please have this-matter Filed As soon as possible?..

Forever Sincerly Thank You!
Ron K. Thompson.

P.S. Please have Writ Filed As soon as Possible?..
And Send me a Notice once it has been Filed!-